**William COOPER, Plaintiff/Appellant,**

v.

**Paul K. DELO, et al.,
Defendants/Respondents.**

**No. 58781.**

Missouri Court of Appeals,
Eastern District, Division One.

June 11, 1991.

William Cooper, Jefferson City, pro se.

William L. Webster, Atty. Gen., Jefferson City, for defendants/respondents.

ORDER

PER CURIAM.

In this court-tried replevin case, plaintiff appeals *pro se* from judgment entered in favor of defendants.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).